UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GARRETT COMEAUX                                                  CIVIL ACTION

VERSUS

BERKSHIRE HATHAWAY
HOMESTATE INSURANCE
COMPANY, ET AL.                                           NO. 23-00287-BAJ-SDJ

## PARTIAL JUDGMENT

Considering the parties' **Stipulation Of Partial Dismissal Without Prejudice (Doc. 18)**, which stipulates to dismissal without prejudice of all claims against Defendant State Farm Mutual Automobile Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims against Defendant State Farm Mutual Automobile Insurance Company *only* be and are hereby **DISMISSED WITHOUT PREJUDICE**, and that Defendant State Farm Mutual Automobile Insurance Company be and is hereby **DISMISSED** from this action.

**This partial judgment does not affect Plaintiff's remaining claims against the remaining Defendants.**

Baton Rouge, Louisiana, this 16th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**