**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARRETT COMEAUX** | **CIVIL NO.: 3:23-cv-00287** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, ET AL** | **MAG. JUDGE SCOTT JOHNSON** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, GARRETT COMEAUX, and Defendants, BERKSHIRE HATHAWAY HOMESTATE INS. CO., I&S TRUCKING, LLC, and ISIAH TAPLIN, hereby stipulate to the dismissal of the above-captioned litigation and all claims asserted herein, including all claims made by GARRETT COMEAUX against Defendants, with prejudice, with the respective parties to bear their own attorney's fees and with Defendants to pay Garrett Comeaux's ledger clerk of court costs not to exceed $1,000.00.

Dated this 8th day of February 2024.

*\*\*Signature blocks and certificate on the following page\*\**

Respectfully submitted,

**NEUNERPATE**

By: /s/ *Ani H. Boudreaux*
KENNETH W. JONES, JR. #23803
(kjones@neunerpate.com)
SARAH SONNIER #39339
(ssimmons@neunerpate.com)
ANI H. BOUDREAUX #39810
(aboudreaux@neunerpate.com)
One Petroleum Center
1001 W. Pinhook Rd. – Ste. 200
Lafayette, LA  70503
Telephone 337-237-7000
Fax 337- 233-9450
Counsel for BERKSHIRE HATHAWAY
HOMESTATE INS. CO., I&S TRUCKING,
LLC and ISIAH TAPLIN

By:  */s/ Brandon Stockstill*
BRANDON STOCKSTILL #26527
Brandon@getgordon.com
J. CHANDLER LOUPE #19955
Chandler@getgordon.com
TAYLOR BRELAND #36391
TBreland@getgordon.com
5656 Hilton Ave.
Baton Rouge, LA  70808
Telephone – 225-231-1911
Attorneys for Plaintiff, Garrett Comeaux

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ☐ | Hand delivery | ☐ | Prepaid U. S. Mail |
| ☑ | Facsimile/Electronic Mail | ☐ | Federal Express |
| ☐ | Certified Mail/Return Receipt Requested | ☑ | CM/ECF |

Lafayette, Louisiana on the 8th day of February 2024.

  */s/ Ani H. Boudreaux*
**Counsel**