UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARRETT COMEAUX** | **CIVIL ACTION** |
| **VERSUS** | |
| **BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, ET AL.** | **NO. 23-00287-BAJ-SDJ** |

## JUDGMENT

Considering the Parties' **Joint Stipulation Of Dismissal With Prejudice (Doc. 23)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and with Defendants to pay up to $1,000.00 of Plaintiff's ledger clerk of court costs.

Baton Rouge, Louisiana, this 20th day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA